THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBERT JENSEN, Appellant.

*People* v. *Jensen,* 99 App. Div. 355, affirmed.
(Argued April 24, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1905, which reversed an order of the Court of General Sessions of the county of New York sustaining a demurrer to an indictment charging defendant with the crime of " admitting to a theatre managed by him a child under the age of sixteen years, unaccompanied by its parent or guardian," and overruled such demurrer.

*Edward Hymes* and *Michael Schaap* for appellant.

*William Travers Jerome, District Attorney (Henry G. Gray* of counsel), for respondent.

Judgment overruling demurrer affirmed; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Taking no part: GRAY, J.